[Dkt. Ents. 31 & 32]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE ESTATE OF MAY ELIZABETH HUNISH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ASSISTED LIVING CONCEPTS, INC., <br><br> Defendant. | Civil No. 09-3163 (RMB/AMD) <br><br> **ORDER** |

  THIS MATTER coming before the Court upon motions to compel arbitration and to dismiss, brought by defendant Assisted Living Concepts, Inc. (the "Defendant"), pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq., as well as Federal Rule of Civil Procedure 12(b)(6); and

  THE COURT having received briefs in opposition to the motions by plaintiffs the Estate of May Elizabeth Hunish, Todd Buirch, and Warren Buirch (the "Plaitniffs"); and

  THE COURT having considered the parties' written submissions; and

  FOR THE REASONS stated in the accompanying Opinion,

  **IT IS** on this, the **6th** day of **May** **2010**, hereby

  **ORDERED** that the motion to compel arbitration [Dkt. Ent. 31] shall be **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that the motion to dismiss shall be **DENIED WITHOUT PREJUDICE**; and it is finally

**ORDERED** that this case shall be **STAYED**; the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** this file until it is re-opened upon application of the parties and Order of the Court.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE
